**Order entered August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00760-CR

**BERNARD ANDRE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-76339-Y**

## ORDER

We **GRANT** Deputy Court Reporter Debi Harris's August 4, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **September 9, 2016**.

/s/      LANA MYERS
          JUSTICE